JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: wade.rhyne@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-000293 PJH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| DEANZER ARLEE CLARK, | ) | |
| a/k/a "Deanzer Clark," | ) | |
| a/k/a "Deaner Clark," | ) | Date:      July 23, 2010 |
| a/k/a "D.A.," | ) | Time:      10:00 a.m. |
| | ) | Court:     Hon. Donna M. Ryu |
| Defendant. | ) | |
| | ) | |
| | ) | |

      The above-captioned matter is set on July 23, 2010 before this Court for status or change of plea.  The parties jointly request that this Court vacate that date and continue the matter for status on July 30, 2010 at 10:00 a.m. for status or change of plea, and that the Court exclude time under the Speedy Trial Act between July 23, 2010 and July 30, 2010.

      Counsel for Defendant Deanzer Arlee Clark needs additional time to review discovery in this matter, including a review of the audio/video recording of the alleged offense conduct. Counsel for Defendant also requires additional time to investigate and to confer with the Defendant in order to prepare the case for the parties' anticipated pre-trial disposition.  The

STIP. REQ. AND ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00293 PJH

parties also require additional time to finalize a proposed protective order that will facilitate the production of additional discovery.  The United States has no objection to continuing the matter to July 30, 2010.

For those reasons, the parties jointly request that the Court continue the matter and exclude time between July 23, 2010 and July 30, 2010 under the Speedy Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that failing to exclude the time between July 23, 2010 and July 30, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

DATED: July 20, 2010

_____/s/_____                          _____/s/_____
WADE M. RHYNE                                       JOYCE LEAVITT
Assistant United States Attorney                    Counsel for Defendant

STIP. REQ. AND ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00293 PJH

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,            )       No. CR-10-000293 PJH
                                        )
12 |         Plaintiff,                  )
                                        )
13 |         v.                          )       ORDER GRANTING STIPULATED
                                        )       REQUEST TO CONTINUE CHANGE OF
14 | DEANZER ARLEE CLARK,                )       PLEA AND TO EXCLUDE TIME UNDER
              a/k/a "Deanzer Clark,"     )       THE SPEEDY TRIAL ACT
15 |          a/k/a "Deaner Clark,"      )
              a/k/a "D.A.,"              )
16 |                                     )       Date:     July 30, 2010
                                        )       Time:     10:00 a.m.
17 |         Defendant.                  )       Court:    Hon. Donna M. Ryu
                                        )
_____)

18

19 |        The parties jointly requested that the Court vacate the July 23, 2010 hearing in this matter

20 | and continue the matter for status or change of plea on July 30, 2010 at 10:00 a.m.  The parties

21 | further requested that time be excluded under the Speedy Trial Act between July 23, 2010 and

22 | July 30, 2010 to allow defense counsel additional time to review discovery, to investigate, and to

23 | confer with the Defendant.

24 |        For good cause shown, the Court finds that failing to exclude the time between July 23,

25 | 2010 and July 30, 2010 would unreasonably deny the defendant continuity of counsel and would

26 | deny counsel the reasonable time necessary for effective preparation, taking into account the

27 | exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends

28 | of justice served by excluding the time between July 23, 2010 and July 30, 2010 from

STIP. REQ. AND ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00293 PJH

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the matter be continued to July 27, 2010 for status and that time between July 23, 2010 and July 30, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


DATED:   7/21/10

IT IS SO ORDERED

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIP. REQ. AND ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00293 PJH