MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> DEANZER ARLEE CLARK, ) <br>    a/k/a "Deanzer Clark," ) <br>    a/k/a "Deaner Clark," ) <br>    a/k/a "D.A.," ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR-10-000293 PJH <br><br> ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM AUGUST 25, 2010 TO SEPTEMBER 3, 2010 <br><br> Date:    August 25, 2010 <br> Time:   10:00 a.m. <br> Court:  Hon. Donna M. Ryu |

     The Defendant, Deanzer Arlee Clark, represented by Assistant Federal Public Defender, Joyce Leavitt, and the United States, represented by Skye Davis, Assistant United States Attorney, appeared before United States Magistrate Donna M. Ryu on August 25, 2010 for a status hearing, in the above-entitled matter.

     The defense requested to continue the matter to September 3, 2010 in order to review discovery, to continue investigating, and to consider a proposed plea agreement offer from the government. The United States agreed that a continuance was necessary. On that basis, the parties requested that time be excluded under the Speedy Trial Act between August 25, 2010 and

ORDER
No. CR-10-000293 PJH

1  September 3, 2010.

2  Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 25, 2010 and September 3, 2010 would unreasonably deny the Defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between August 25, 2010 and September 3, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between August 25, 2010 and September 3, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  8/27/2010

HON. DONNA M. RYU
United States Magistrate Judge

ORDER
No. CR-10-000293 PJH           -2-