MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3680
  Fax: (510) 637-3724
  E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-000293 PJH |
|     Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 3, 2010 TO SEPTEMBER 17, 2010 |
| DEANZER ARLEE CLARK, ) | |
|     a/k/a "Deanzer Clark," ) | |
|     a/k/a "Deaner Clark," ) | Date: September 3, 2010 |
|     a/k/a "D.A.," ) | Time: 10:00 a.m. |
| ) | Court: Hon. Laurel Beeler |
|     Defendant. ) | |

The Defendant, Deanzer Arlee Clark, represented by Assistant Federal Public Defender, Joyce Leavitt, and the United States, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Laurel Beeler on September 3, 2010 for a status hearing, in the above-entitled matter.

The defense requested to continue the matter to September 17, 2010 in order to review discovery, to continue investigating, and to consider a proposed plea agreement offer from the government. The United States confirmed that additional discovery would be produced as well. On that basis, the parties jointly requested that time be excluded under the Speedy Trial Act

[PROPOSED] ORDER
No. CR-10-000293 PJH

1 | between September 3, 2010 and September 17, 2010.

2 |       Based upon the representation of counsel and for good cause shown, the Court finds that
3 | failing to exclude the time between September 3, 2010 and September 17, 2010 would
4 | unreasonably deny the Defendant continuity of counsel and would deny counsel the reasonable
5 | time necessary for effective preparation, taking into account the exercise of due diligence.  18
6 | U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
7 | the time between September 3, 2010 and September 17, 2010 from computation under the
8 | Speedy Trial Act outweigh the best interests of the public and the Defendant in a speedy trial.
9 | 18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between
10 | September 3, 2010 and September 17, 2010 shall be excluded from computation under the
11 | Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

13 | DATED: September 7, 2010

LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER
No. CR-10-000293 PJH                    -2-