1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   WADE M. RHYNE  (CABN 216799)
    Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 637-3680
       Fax: (510) 637-3724)
7      E-Mail: wade.rhyne@usdoj.gov

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13
    UNITED STATES OF AMERICA,          )    No. CR-10-000293 PJH
14                                     )
           Plaintiff,                  )
15                                     )    [PROPOSED] ORDER TO EXCLUDE
       v.                              )    TIME UNDER THE SPEEDY TRIAL ACT
16                                     )    FROM SEPTEMBER 17, 2010 TO
    DEANZER ARLEE CLARK,               )    OCTOBER 1, 2010
17         a/k/a "Deanzer Clark,"      )
           a/k/a "Deaner Clark,"       )    Date:      September 17, 2010
18         a/k/a "D.A.,"               )    Time:      10:00 a.m.
                                       )    Court:     Hon. Laurel Beeler
19         Defendant.                  )
                                       )
20  _____)

21         The Defendant, Deanzer Arlee Clark, represented by Assistant Federal Public Defender,

22  Angela Hansen for Joyce Leavitt, and the United States, represented by Wade M. Rhyne,

23  Assistant United States Attorney, appeared before United States Magistrate Laurel Beeler on

24  September 17, 2010 for a status hearing in the above-entitled matter.

25         The parties jointly requested to continue the matter to October 1, 2010 in order for the

26  defense to review additional discovery, to continue investigating, and to consider a proposed

27  plea agreement offer from the government.  On that basis, the parties jointly requested that time

28  be excluded under the Speedy Trial Act between September 17, 2010 and October 1, 2010.

    [PROPOSED] ORDER
    No. CR-10-000293 PJH

1    Based upon the representation of counsel and for good cause shown, the Court finds that

2  failing to exclude the time between September 17, 2010 and October 1, 2010 would

3  unreasonably deny the Defendant continuity of counsel and would deny counsel the reasonable

4  time necessary for effective preparation, taking into account the exercise of due diligence.  18

5  U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding

6  the time between September 17, 2010 and October 1, 2010 from computation under the Speedy

7  Trial Act outweigh the best interests of the public and the Defendant in a speedy trial.  18 U.S.C.

8  § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between September 17,

9  2010 and October 1, 2010 shall be excluded from computation under the Speedy Trial Act.  18

10  U.S.C. § 3161(h)(7)(A) and (B)(iv).

11

12  DATED: September 22, 2010

13  _____
    LAUREL BEELER
    United States Magistrate Judge

[~~PROPOSED~~] ORDER
No. CR-10-000293 PJH                    -2-